IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACOLYN RANCOURT JENKS,         )
                                )
    Plaintiff,                  )
                                )
    v.                          )    1:05CV00767
                                )
CITY OF GREENSBORO,             )
                                )
    Defendant.                  )

ORDER and JUDGMENT

OSTEEN, District Judge

In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Defendant's Motion for Summary Judgment be granted. Plaintiff and Defendant filed timely objections to the recommendation.

This court has conducted a review of the file and has determined that the recommendation of the Magistrate Judge is appropriate and should be adopted.

For the reasons set forth in the Magistrate Judge's recommendation of March 29, 2007,

IT IS ORDERED that Defendant's Motion for Summary Judgment [Doc. No. 22] be granted.

This the 26th day of June 2007.

                                    /s/ William L. Osteen
                                    United States District Judge